UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME: USA v. Antron Owens

DOCKET NO: 2:20-cr-00041-JDL

PROCEEDING TYPE: Suppression Hearing

## Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1 | | | Sergeant Tom Pappas Cruiser Camera Video 1 | 4/21/2021 | 4/21/2021 | | 4/21/2021 |
| | 1 | | Duda Cruiser Cam video June 27, 2019 | 4/21/2021 | 4/21/2021 | | 4/21/2021 |
| | 2 | | Darcy Cruiser Cam video June 27, 2019 | 4/21/2021 | 4/21/2021 | | 4/21/2021 |
| | 6 | | Pappas Email re McNeil & Owens Stop 6-27-19 | 4/21/2021 | 4/21/2021 | | 4/21/2021 |
| | 7 | | Pappas Texts | 4/21/2021 | 4/21/2021 | | 4/21/2021 |
| | 8 | | Deputy Report | 4/21/2021 | 4/21/2021 | | 4/21/2021 |
| | 9 | | Owens Criminal History | 4/21/2021 | 4/21/2021 | | 4/21/2021 |
| | 10 | | Photos | 4/21/2021 | 4/21/2021 | | 4/21/2021 |
| | 11 | | State v. Buchiere KENCD-18-646 | 4/21/2021 | 4/21/2021 | X | |