UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ANTRON OWENS )<br>a/k/a "NUNU" ) | Docket No. 2:20-cr-41-JDL |

GOVERNMENT'S POST-HEARING MEMORANDUM

The United States of America, by and through its attorneys, Donald E. Clark, Acting United States Attorney for the District of Maine, and Meghan E. Connelly, Assistant United States Attorney, respectfully submits this post-hearing memorandum to address certain factual issues that arose during oral arguments.

During the direct examination of Sergeant Thomas Pappas Government counsel inquired about events of June 27, 2019. The following exchange occurred:

> Q. Okay. Do you remember any interaction you had with Antron Owens at that stop?
>
> A. Yes.
>
> Q. What was that interaction like?
>
> A. The majority of the interaction was after Mr. Owens was put back into the vehicle. He made an accusation of one or all the troopers on scene, I believe, at that point. When they departed there was four -- four of us. He had made an accusation of us stealing money.
>
> Q. Did he make the accusation or did the driver make the accusation, if you remember?
>
> A. To my best -- to my best recollection it was him.

1

Transcript <u>United States v. Antron Owens</u>, 2:20-00041-JDL, April 21, 2021, p. 19, ln. 13-24.

Soon thereafter, the following exchange occurred:

> Q. Before we even get to the cash, was a K-9 brought to the vehicle?
>
> A. Yes, a K-9 was brought to the vehicle, and Trooper Duda, the -- the officer that initiated the stop, is a K-9 handler as well.
>
> Q. And did the K-9 indicate on the vehicle?
>
> A. To the best of my recollection, yes.
>
> Q. And was the -- the money that you just referenced, was that recovered from a search of that vehicle predicated off of the K-9 hit?
>
> A. Yes.

<u>Id</u>. at p. 20, ln. 10-20.

During argument, defense counsel argued that these statements – and the Government's recitation of this testimony in argument -- were inaccurate. Having now reviewed the transcript and the associated exhibits, it is apparent that on these points, Sgt. Pappas's recollection was incorrect. The accusation about stolen money was made by a different occupant of the vehicle stopped on June 27, 2019, and a K-9 did not alert on the vehicle in question. Although Sgt. Pappas's recollection on these points was mistaken, defense counsel's suggested conclusions regarding Pappas's veracity are unwarranted and unsupported by the record.

Date: May 7, 2021

Donald E. Clark
Acting United States Attorney

/s/Meghan E. Connelly
Assistant United States Attorney
United States Attorney's Office
100 Middle Street

Portland, ME 04101
(207) 780-3257
meghan.connelly@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2021, I electronically filed the Government's Post-Hearing Memorandum with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorney of record, Heather Gonzalez.

Donald E. Clark
Acting United States Attorney

/s/ Meghan E. Connelly
Meghan E. Connelly
Assistant United States Attorney
U.S. Attorney's Office
100 Middle Street Plaza, East Tower
Portland, ME  04101
meghan.connelly@usdoj.gov